429 A.2d 97

Delgado, Appellant v. Delgado et al., etc.

Argued December 6, 1979. Kevin Canavan, for appellant; Edward J. Morris, for appellees.

618

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.